# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2020 KW 0982

**NOVEMBER 19, 2020**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          215530.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND CHUTZ, JJ.**

  **WRIT GRANTED.** The district court is ordered to act on relator's motion to vacate and set aside conviction and sentence, filed May 15, 2020, on or before December 21, 2020. A copy of the district court's action shall be filed in this court on or before December 30, 2020.

                         **JMM**
                         **GH**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT